456 A.2d 1085

Commonwealth v. McConnell, Appellant.

 Submitted February 17, 1982. Eric L. Lilian, for appellant; Deborah Fox, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and JOHNSON and MONTGOMERY, JJ.

The judgment of sentence of the lower court is affirmed.